THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM D. SHANAHAN, on Behalf of DONALD MCCALLUM, Petitioner, v NASSAU COUNTY SHERIFF et al., Respondents. [901 NYS2d 895]— Writ of habeas corpus to release the defendant upon Nassau County indictment No. 59N/08 and return him to the Georgia Department of Corrections.

Adjudged that the writ is dismissed, without costs or disbursements. Fisher, J.P., Lott, Austin and Sgroi, JJ., concur.